2:20-cv-372-JMS-MJD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT INDIANA
### TERRE HAUTE DIVISION

FILED
4:39 pm, Jul 20, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

ANTONIO CRAWFORD #43793-424
(PLAINTIFF)

Vs.

UNKNOWN NAMED Penitentary WARDEN
UNKNOWN named Penitentary Executive Assistance
unknown NAMED REGION DIRECTOR
unknown NAMED DIRECTOR
(DEFENDANTS)

## PETITION TO 28 U.S.C § 1331
## BIVENS CIVIL RIGHTS ACTION\Memorandum

### Complaint

1) This court retains Jurisdiction, pursuant to 28 U.S.C § 1331(a)

2) Plaintiff, Antonio Crawford 43793-424 is a Federal Prisoner, currently confined, inside the United States Penitentary, located in Terre

Page 2

HAUTE, IN  P.o. box 33  Terre HAUTE, IN 47808  In this, court's respective Jurisdiction

3) DEFENDANT #1 Name, Is unknown, who is a Federal Prison WarDEN, At the UNITED STATES Penitentary ATLaNTA address unknown, at Present time

4) DEFenDant #2 NAme, Is unknown, who is a Federal Prison Executive Assistance, at the UNITED States Penitentary IN Atlanta GA, Address unknown at Present time

5) DEFenDant #3 name, Is UNknown, who is a Federal Prison REGional, Director For the Nations, SouthEAst Area, Federal Prisons. Address unknown, at Present Time

6) DEFenDant #4 name Is unknown, who is a Federal Prison Director, ADDress 320 First street, N.W washington D.C 20534

7) Plaintiff (mr. Crawford) Alleges, that these, Federal Defendants has, Individually, Failed,

Page 3

To Protect, the Plaintiff, who Is, a Prisoner In there, Custody resulting In ongoing Inhumane conditions, causing Plaintiff's Injuries and Imminent, Danger he Still, Faces, the conditions defendant is Subjecting Plaintiff to, is banned, by the LAWS, Treaties and constitution of, the United States and Immeadete, Judical HAlt, is needed to Avoid, Irreparable HARM. Plaintiff Demands, this court to consider all Attached material Facts, and make a Ultimate ruling, with relief Preliminary and Permanet Injunction barring, Plaintiff's Future confinement In All, United States Penitentar(ies) and Federal Correctional Institution(s) Punitive and Compensation Damages sum Amount TEN Thousand Dollars zero zero cents, Tax Immunity

## STATEMENT OF FACTS

8) Plaintiff (Mr. Crawford) was Federally Convicted to a Imprisonment term, 70 months In 2015, for threaten Federal Agents, who sentenced Fellow gang members, see( U.S. V. CRAWFORD 13 CR 10048 11.C.D)

9) 4 Years later, Mr. Crawford commenced, the imprisonment, in August 2019 Year, the Federal Prison, designated, Mr. Crawford to the United States Penitentiary Big Sandy, located in East, Kentucky (A high security Penitentiary designed, to house more Troublesome Prisoners oppossed, than Federal Correctional Centers (Low security) to carry out, the 70 month imprisonment term

10) Approximately 10-16-2019 Year Mr. Crawford, while, in Transit, was temporarily, designated, to the, United States Penitentiary in Atlanta, GA, awaiting on ultimate, transportation to designated, Penitentary Big Sandy in East, Kentucky

11) United States Penitentiary in Atlanta, GA is a transit Center, that houses all Federal Prisoners of different, security classifications awaiting, Transportation to designated, Federal Prison, in Mid-Atlantic, or South region of, the United States

12) Approximately 10-17-2019 at 9:00 - 12:00 PM while, Plaintiff was confined, at United States

13) Penitentary Atlanta Transit Center, members from, his Security Threat Gang (called the "Vice Lords") Addressed, him in a warning Threaten Manner, notifing Plaintiff that theres a "green light", when I get to big Sandy from, my security Threat gang, for my conviction bringing, unwonted, Attention to the security Threat gang and I'm a Homasexual

14) Plaintiff Immeadetely submitted, a Electronic request, on the Inmate cumpter, to Defendant #1, (WARDEN of Penitentary) notifing, Defendant that "It is Documented, in my Inmate File, I am Afilitated with a Security threat Gang, "VICE Lords". Due to my conviction, the gang wont, to kill me they, threatened me, when I arrive to BIG Sandy Penitentary, they will kill me"

15) Plaintiff additionally, submitted, a Electronic request, on the Inmate cumpter to Defendant #2, (unknown named Penitentary Executive Assistance) explaining, the same, here above in Paragraph 14

16) Plaintiff requested, for above two,

Defendants to Stop, the Transporation, to United States Penitentary, Big Sandy, he Fear for his, life there

17) The 2 Defendants, verified Plaintiffs Threaten Nature, to his life and Placed Plaintiff in there, Special housing unit (S.H.U) For his Safety temporarily,

18) Few Days After, the 2 Defendants allowed, the Plaintiff to be delivered in the hand's of the Security threat Gang, (Transferred to United States Penitenatory big Sandy) see (B.O.P Inmate Transfer)

19) Approximately 10-24-2019, Plaintiff Arrived to United States Penitentary Big sandy

20) Plaintiff Immeadetlly notified, the big Sandy Penitentary officers he Fears, For his life, at this Penitentary, due to his gang Placed, a murder on his head, due to his conviction brought, Unwonted Attention to there Criminal organization, and he is a Homosexual banned, by organization Laws

21) Prison officals at big sandy notified,

22) Plaintiff that there, special housing unit (S.H.U) is full, due to the ongoing violence, at the Penitentary

23) Big Sandy Prison officals placed, the Plaintiff and, new Prison Arrivals in a Isolated, new Arrival classification unit, for 2 weeks temporarily, not in relation to safety reasons but a Intake introduction cause

24) after Plaintiff was transfered, to intake unit, Plaintiff notified, his unit counslor, about his safety crisis, she directed him to file, a Administrative remedy directly, to the regional Director who overseas, United States Penitentary Atlanta, since the warden at big sandy can not, meet your relief the incodent did not, orgin here, and United States Penitentary Atlanta can no, longer meet your sensitive issue, file a B.P. 10 to region of the South East

25) 11-6-2019 year Plaintiff notified

Defendant # 3 (unknown Named region Director) that while, confined in his Prison, his Security threat gang warned him, that there's a murder on his head, in all United States Penitentaries and Federal Correctional Institutions, by Security threat gang for bringing unwanted Attention, to the criminal organization and he is a homosexual who identiffy himself, as a female, Against, the gang laws,

26) Plaintiff additionally, requested a Transfer from, big sandy Penitentary

27) Approximately 11-7-2019 Plaintiff was Transferred, from the Penitentary Intake unit, to General Population b-1 unit

28) Plaintiff was Placed, in a Isolated Prison Cell, with this over weight black Prisoner, who Immeadetly, identified, Plaintiff as the wonted, member. The black Prisoner was a Associate, of the security threat gang, from the Mid-West gang card that is controled, by all

members who are from the nation's MID-West States

29) the black Prisoner, Pulled a long hand maid Prison Knife, threatened Plaintiff to get off, the Prison compound and never step, on Any MID-west Penitentary or Federal correctional Institution compound, (that's ran by Security threat gang vice Lords and Allied MID-west cards)

30) Big Sandy Prison offical Immeadetely moved, Plaintiff Into, a Isolated office

31) Plaintiff Demanded, to be removed from this, Prison For Preservation, of his life

32) big Sandy Prison offical's threatened Plaintiff, to go In another vacate cell away, from that Inmate or they will beat him up see (b-1 unit camara)

33) Plaintiff was escorted to another Prison Cell on same, unit (b-1 unit)

34) Approximately 2-2-2020 Plaintiff was Transferred, to Another, high Security Penitentiary In, Terre Haute, that Possess a signifant risk, to Plaintiff safety, due to these, violent conditions, he is subjected to (excessive Drugs on Compound, mentally ill inmates, rapist, covid-19 virus, and all inmates forced in cell 22 hours a day, triggering violence amongst prisoners)

35) This, high Security Penitentory Places Plaintiff who is vulnerable, at Signifcant Risk

36) Plaintiff Safety is still at significant risk, due to this, Prison houses his, ex gang that wont, to harm him

37) 3-31-2020 the regional Director (Defendant # 3) replied back, to Plaintiff Sensitive request, concerning his Safety See (Exhibit A) who did not deny Plaintiff Allegation

38) Defendant # 3 Alleges, that due to he (Plaintiff) did not, Properly write the full detail, on the Small frame Aministrative remedy Form, and Plaintiff address issue on wrong level Denied Plaintiff needed relief on that reason

Page 11

39) region Director (Defendant number 3) Failed, to Protect, Plaintiff

40) Plaintiff than, notified the ultimate Defendant (Prison Director) of his, safety crisis See (Exhibit A)

41) the Ultimate Defendant (Prison Director) agreed with its colleague, (region Director) See (Exhibit A)

42) Director (ultimate Defendant) Failed, to Protect, Plaintiff too

43) Plaintiff possess no, other Lawful remedy to Preserve his life, in these Maxium Security Prisons, that houses Soceities, most violent People, in Close Proximity

44) Plaintiff exhausted his Administrative remedies who did not, rebut Plaintiff, Allegations

45) All Defendants know, Plaintiffs risk, to his life

46) all Defendents Failed, to Protect Plaintiff

47) Plaintiff Alleges, that these Federal Defendants, Individually, Acted in color of law, by Failing to Protect, this Prisoner (Plaintiff) in there, Prisons resulting in ongoing, Inhumane conditions Causing Plaintiff's Injuries and Imminent Risk, he Still, Faces these conditions defendant is Subjecting Plaintiff, to is banned, by the laws, Treaties and constitution of the United States and Immeadete, Judicial Halt, is need, to abate Irreparable Harm to Plaintiff

## CAUSE OF ACTION

Plaintiff incorporates the above, Paragraphs 1-47 to support his claim

### COUNT 1 FAILURE TO PROTECT Claim

48) Federal law commands, Federal Prison Officals, to Protect the life of its, Prisoners by abating, risky conditions

49) Above Defendants, are Federal Prison officals, delegated with government Powers, to Properly

Page 13

Classify Plaintiff who Possess Vulnerability

50) Above Defendants know, Plaintiff is a 135. Lbs Homosexual that Projects Female Appearances around Violent Prisoners, significantly at Risk

51) Defendants know, Plaintiff was Apart of a Security Threat Gang (Vice Lords) that is made up, of Dangerous, members housed, in All United States Penitentaries and Federal Correctional Institutions around the United States

52) Defendants know that those same, gang members want to kill Plaintiff see (Exhibit A) Defendants don't dispute

53) Defendants know, that Plaintiff is still, housed in a high security United States Penitentary Around those Violent gang members

54) Defendants know, In It's high Security Prisons Homosexual rape, staff assaults, Violent Abuses, Amongst

Page 14

Prisoners is inevitable in this environment that houses societies most violent prisoners

WHEREFORE Plaintiff Demands this court to make a Ultimate ruling based on attached material Facts that unlawful Acts commenced then a Declaratory Judgment stated here under

1) Preliminary and Permanent Injunction Barring Plaintiff's Future Confinement in Any and All United States Penitentiaries and Federal Correctional Institution(s) or any prison in MID-Atlantic, South or North Central Region

2) Compensation and Punitive Damages in sum Amount TEN THOUSAND DOLLARS ($10,000.°°) TAX Immunity

Written in Good faith supported with Affidavit on 7-13-2020 year

X_____

Pro-se Plaintiff    ANTONIO CRAWFORD
                    43793-424
                    U.S.P Terre Haute
                    P.o.box 33
                    Terre Haute, IN 47808

## AFFIDAVIT § 1621 PERJURY

I swear that every word placed in this complaint is true if it is found non true I shall be subjected to penalties pursuant to § 1621

Subscribe in sworn to me on 7-13-2020

x [signature]

Antonio Crawford
43793-424

## CERTIFICATE OF SERVICES

I (ANTONIO CRAWFORD) certify that on July 13th 2020 I placed this foregoing in the U.S. Postal Service to be mailed to the Clerk court to Electronically file the foregoing Particeponts in this case Automaticly will be SERVED by ECF\CMS system

Subscribed in sworn
7-13-2020

x [signature]